[No. 47614-2-II.  Division Two.  July 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LEO BRITTON BUNKER III, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00906-2, James W. Lawler, J., entered May 8, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Lee, JJ.

[No. 47924-9-II.  Division Two.  July 6, 2016.]

SHAWNEE K. LAZZARI, *Appellant*, v. FREDIA DELORES SZETO, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-08853-5, Thomas P. Larkin, J., entered August 14, 2015. *Reversed* and *remanded* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 32623-3-III.  Division Three.  July 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN ROY SANDBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 12-1-00580-2, John M. Antosz, J., entered July 22, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[Nos. 32700-1-III; 33178-4-III.  Division Three.  July 7, 2016.]

*In the Matter of the Marriage of* SANDRA J. GRAVELLE, *Respondent*, and THOMAS LEE GRAVELLE, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 09-3-02276-1, Maryann C. Moreno, J., entered July 17, 2014. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.